FILE COPY

No. 07-13-00361-CV

| | | |
|---|---|---|
| Wesley Schreiber, as Trustee for the Schreiber Family Trust<br>　Appellant | §<br><br>§ | From the County Court at Law No 2<br>　of McLennan County |
| v. | § | May 19, 2015 |
| Sam Cole and Wendy Cole<br>　Appellees | §<br><br>§ | Opinion by Justice Pirtle |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated May 19, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o